UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FREDA M. SATTERFIELD,

    Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

    Defendant.

Case No. 06-cv-716-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that the final decision of the Commissioner of Social Security to deny plaintiff Freda M. Satterfield's application for disability benefits and supplemental security income is affirmed.

**NORBERT JAWORSKI, CLERK**

**Date: December 11, 2007**     s/Brenda K. Lowe, Deputy Clerk


**Approved:**     s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**